# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-56708 PJS
**Case Name:** PLEASANT, NANCY J.

**Period Ending:** 03/31/17

**Trustee:** (420030) Kenneth A. Nathan
**Filed (f) or Converted (c):** 01/27/17 (c)
**§341(a) Meeting Date:** 02/22/17
**Claims Bar Date:** 01/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 32939 Brookside Circle, Livonia, MI 48152 | 187,920.00 | 13,867.26 | | 0.00 | 187,920.00 |
| 2 | Cash located with debtor | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account located at Chase Bank | 5.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and appliances located at debtor's res | 1,125.00 | 0.00 | | 0.00 | FA |
| 5 | Books and pictures located at debtor's residence | 80.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing located at debtor's residence | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Watch and jewelry located at debtor's residence | 40.00 | 0.00 | | 0.00 | FA |
| 8 | Contingent Future interest as 1/3 beneficiary in<br>Not originally scheduled; added to Schedules per amendment filed 4/16/14 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$189,720.00** | **$13,867.26** | | **$0.00** | **$187,920.00** |

**Major Activities Affecting Case Closing:**

3/31/17 Trustee is investigating potential interest in real property
3/14/17 Order for Relief from Stay as to real property
2/23/17 Motion for Relief from Stay re: real property

**Initial Projected Date Of Final Report (TFR):** December 31, 2018 **Current Projected Date Of Final Report (TFR):** December 31, 2018

April 27, 2017
Date

/s/ Kenneth A. Nathan
Kenneth A. Nathan